UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JESSE R. ABRAMS,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>KITSAP TRANSIT, et al.,<br><br>　　　　　　Defendant. | CASE NO. 3:22-cv-05765-RSL-BAT<br><br>**ORDER DIRECTING DEFENDANT TO FILE RAND NOTICE** |

On April 3, 2023, Defendant filed a motion to dismiss without filing the required *Rand* notice. The Court accordingly ORDERS: (1) By April 6, 2023, Defendant shall file an appropriate *Rand* notice and (2) Defendant shall mail or provide Plaintiff a copy of the notice. (2) The Clerk shall provide a copy of this order to the parties.

DATED this 5th day of April, 2023.

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　BRIAN A. TSUCHIDA
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER DIRECTING DEFENDANT TO FILE
RAND NOTICE - 1