UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JESSE R. ABRAMS,

                Plaintiff,

    v.

KITSAP TRANSIT, et al.,

                Defendant.

CASE NO. 3:22-cv-05765-RSL-BAT

**ORDER DISMISSING CASE**

    Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, plaintiff's "Response to Previous Answer," and the remaining record, the Court finds and ORDERS:

    (1)    The Court ADOPTS the Report and Recommendation. Plaintiff's self-incrimination claims under the state and federal constitutions fail because plaintiff has not alleged that he was in custody and/or that he asserted the privilege against self-incrimination in a non-custodial setting.

    (2)    Plaintiff's motion for summary judgment is denied, Dkt. 20.

    (3)    Defendant's motion to dismiss, Dkt. 22-23 is granted and the case is DISMISSED with prejudice.

ORDER DISMISSING CASE - 1

(4)     The Clerk is directed to a copy of this Order to the parties.

Dated this 30th day of May, 2023.

                                                                    ROBERT S. LASNIK
                                                                    United States District Judge